**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WANDA FRANKE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GIANT FOOD STORES, INC., Individually** | : | |
| **d/b/a GIANT, THE GIANT COMPANY,** | : | |
| **Individually d/b/a GIANT, AHOLD U.S.A.,** | : | |
| **INC., COURTNEY JAINDL (Individually),** | : | |
| **THOMAS WASKO (Individually) and** | : | |
| **CONNIE PERIPHERY (Individually)** | : | **NO. 23-1902** |

## ORDER

**NOW**, this 6th day of March, 2024, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.